**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Manuel HUERTA–VARGAS, Defendant—Appellant.**

**No. 04–10335.**

United States Court of Appeals, Ninth Circuit.

Aug. 26, 2005.

Paul L. Pugliese, Esq., Reno, NV, for Plaintiff—Appellee.

Michael K. Powell, Esq., Reno, NV, for Defendant—Appellant.

Before: GOODWIN, WALLACE and TROTT, Circuit Judges.

### MEMORANDUM *

The Supreme Court vacated our judgment entered December 13, 2004, and remanded for further consideration in light of *United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).

---

Huerta–Vargas's Sixth Amendment challenge to his sentencing enhancement, based on a prior conviction, remains foreclosed after *Booker. See United States v. Moreno–Hernandez,* —— F.3d ——, ——, No. 03–30387, 2005 WL 1560269, *8 n. 8 (9th Cir. July 5, 2005) (explaining that a district judge's enhancing a sentence based on the fact of a prior conviction does not raise any Sixth Amendment problems).

Because Huerta–Vargas was sentenced under the then-mandatory Sentencing Guidelines, and we cannot reliably determine from the record whether the sentence imposed would have been materially different had the district court known that the Guidelines were advisory, we remand to the sentencing court to answer that question, and to proceed pursuant to *United States v. Ameline,* 409 F.3d 1073, 1084 (9th Cir.2005) (en banc). *See United States v. Moreno–Hernandez, id.,* at ——, 2005 WL 1560269, at *9 (extending *Ameline*'s limited remand procedure to cases involving non-constitutional *Booker* error).

REMANDED.